Verna Hooks McLEAN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9871.

Circuit Court of Appeals, Fifth Circuit.

Jan. 29, 1942.

L. J. Benckenstein, of Beaumont, Tex., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and John M. Morawski, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before FOSTER, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

Pursuant to the motion of counsel for respondent filed herein on January 29, 1942, to enter the same judgment in the above numbered and entitled case as was entered by this Court on June 20, 1941, in the case Marrs McLean, Petitioner, v. Commissioner of Internal Revenue, Respondent, 5 Cir., 120 F.2d 942, it is now here ordered, adjudged and decreed by this Court that the decision of the said United States Board of Tax Appeals, 41 B.T.A. 565, in this cause be, and the same is hereby, affirmed.

OCEAN ACCIDENT & GUARANTEE CORPORATION, Appellant, v. Angelo GIANNETTA, Appellee.

No. 8848.

Circuit Court of Appeals, Sixth Circuit.

Jan. 9, 1942.

Thornburg & Lewis, of St. Clairsville, Ohio, for appellant.

C. C. Sedgwick, of Bellaire, Ohio, for appellee.

Before HICKS, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of the record, briefs and arguments of counsel, and it appearing to the court that there was no reversible error in the denial of the motions for a directed verdict, or in the charge, or in the refusal of the court to charge specific requests, or otherwise upon the record, it is therefore ordered and adjudged that the judgment appealed from be, and the same is, in all things affirmed.

UNITED STATES ex rel. Bernard Paul COY, Petitioner-Appellant, v. UNITED STATES, and Its Authorized Representative, the Honorable Shackelford Miller, Judge of the United States District Court for the Western District of Kentucky at Owensboro, Respondent-Appellee.

No. 9093.

Circuit Court of Appeals, Sixth Circuit.

Jan. 16, 1942.

James E. Fahey, of Louisville, Ky., for appellant.

Eli H. Brown, III, of Louisville, Ky., for appellee.

Before HICKS, SIMONS, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was submitted to the court upon briefs of counsel and without oral argument, and on consideration whereof, it is ordered and adjudged that the order of the District Court, 38 F.Supp. 610, dismissing appellant's petition to correct the sentence and judgment entered against him by the District Court on June 3, 1937, for lack of jurisdiction to entertain it, is in all things affirmed upon the grounds and for the reasons set forth in the opinion of the District Judge filed May 9, 1941.